IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. 4:22MC00041 |
| | § | |
| PETER EFTHIMIOU, | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE

The United States of America hereby designates the following Assistant United States Attorney as co-counsel in this case, and respectfully requests that the same be noted by the Clerk of the Court and that this attorney be added to the list of counsel in this case to receive all future notices, orders, and filings via the Court's CM/ECF system:

> Robert Austin Wells
> Texas State Bar No. 24033327
> Assistant United States Attorney
> 110 N. College, Suite 700
> Tyler, Texas 75702
> (903) 590-1400
> Fax: (903) 590-1437
> Email:   robert.wells3@usdoj.gov

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY


*/s/ Robert Austin Wells*
ROBERT AUSTIN WELLS
Assistant United States Attorney
State Bar No. 24033327
110 N. College, Suite 700
Tyler, Texas   75702
Tel:   (903) 590-1400
Fax:   (903) 590-1437
Email: robert.wells3@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was electronically served on all counsel of record by way of the Court's CM/ECF system on the 15th day of March, 2022.

*/s/ Robert Austin Wells*
ROBERT AUSTIN WELLS
Assistant United States Attorney
