IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | COURT NO. 4:22mc00041 |
| PETER EFTHIMIOU,<br>Judgment-Defendant. | §<br>§<br>§ | |

## **ORDER**

On this date came on for consideration, Judgment-Defendant Peter Efthimiou's Request for Hearing and the Government's Objection to that Request, and the Court, having considered same, is of the opinion that said Judgment-Defendant's Motion lacks merit and should in all things be DENIED. It is, therefore,

ORDERED, ADJUDGED and DECREED that the request for hearing is denied.

It is further ORDERED, ADJUDGED and DECREED that Judgment-Defendant is not entitled to a hearing on the execution action because he failed to cite any valid exemption.