IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DIZZTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | COURT NO. 4:22mc00041 | |
| § | | |
| PETER EFTHIMIOU, § | | |
| Judgment-Defendant. § | | |

## ORDER

On this date came on for consideration, the Government's Motion for Order for Sale of Property (Dkt. #12), and the Court, having considered same, is of the opinion that the motion has merit and should in all things be GRANTED. It is, therefore,

ORDERED, ADJUDGED and DECREED that the government is authorized to sell Defendant's 2012 Ferrari 458, VIN ZFF67NFA5C0188989 to Boardwalk Ferrari for $165,000.00.

It is further ORDERED, ADJUDGED and DECREED that all of the sales proceeds remaining after payment of the outstanding lien balance on the vehicle and the government's towing and storage costs should be paid to the United States District Court for the Southern District of Georgia to be applied toward the judgment in court no. 4:19-CR-156-001.

**IT IS SO ORDERED.**

**SIGNED this 20th day of April, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE